IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CV-112-D

| | |
|---|---|
| CARLOS A. ALFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RAY MAYBUS, ) | |
| ) | |
| Defendant. ) | |

On May 3, 2013, Carlos A. Alford ("Alford"), appearing pro se, filed a complaint and motion for leave to proceed in forma pauperis in the United States District Court for the District of Columbia [D.E. 1, 2]. On May 3, 2013, the case was transferred to this court [D.E. 3]. On May 31, 2013, Magistrate Judge Webb issued a Memorandum and Recommendation ("M&R") [D.E. 6]. In that M&R, Judge Webb recommended that Alford's application to proceed in forma pauperis be granted and that the complaint be dismissed as frivolous. On June 5, 2013, Alford filed objections to the M&R [D.E. 7].

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (alteration in original) (emphasis and quotation omitted). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Id. (quotation omitted).

The court has reviewed the M&R and the record. As for those portions of the M&R to

which Alford did not object, the court is satisfied that there is no clear error on the face of the record. As for the objections, the court has reviewed the objections and the M&R de novo, and Alford's objections are overruled. Alford's application to proceed in forma pauperis is GRANTED, and Alford's complaint is DISMISSED as frivolous. The clerk shall close the case.

SO ORDERED. This 14 day of August 2013.

JAMES C. DEVER III
Chief United States District Judge