AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

CARLOS A. ALFORD,   )
                    )
     Plaintiff,    )
                    )
v.                  )
                    )   **JUDGMENT**
RAY MAYBUS,         )   **CASE NO. 7:13-CV-112-D**
                    )
     Defendants.   )

**Decision by the Court:**

     IT IS ORDERED AND ADJUDGED that Plaintiff's Application to Proceed *in forma pauperis* is GRANTED, and Plaintiff's Complaint is DISMISSED as frivolous. The Clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, **AUGUST 14, 2013** WITH A COPY TO:

Carlos A. Alford, Pro se (via USPS to 1404-B Harbour Drive, Wilmington, NC 28401)


August 14, 2013                                     JULIE A. RICHARDS, Clerk
Date                                                   Eastern District of North Carolina

                                                             /s/ Debby Sawyer
                                                             (By) Deputy Clerk

Raleigh, North Carolina